279547

*Electronically Filed*
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:23-CV-00035-BJB-HBB

JANE DOE                                                                                                    PLAINTIFF

v.

WEBSTER COUNTY, KENTUCKY
GREG SAULS
AARON DREWICZ                                                                                      DEFENDANTS

**AGREED ORDER**

Defendants, Webster County, Kentucky and Greg Sauls having filed a Motion for More Definite Statement to require Plaintiff to amend her Complaint to include her full legal name; Plaintiff having no objection, and the Court now being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Defendant's Motion for More Definitive Statement is **GRANTED**. Plaintiff shall have 14 days from the entry of this Order to file an Amended Complaint using Plaintiff's full legal name.

SO ORDERED this _____ day of May, 2023.

_____
Judge, Western District of Kentucky

HAVE SEEN AND AGREED:

/s/ Kristen N. Worak
KRISTEN N. WORAK
STACEY A. BLANKENSHIP
KEULER, KELLY, HUTCHINS,
BLANKENSHIP, & SIGLER, LLP
100 SOUTH 4th ST, SUITE 400
PADUCAH, KY 42001
*Attorney for Webster County and Greg Sauls*

/s/ Carol Schureck Petit (with permission)
CAROL SCHURECK PETITT
TESS M. FORTUNE
VAUGHN PETITT LEGAL GROUP, PLLC
7500 WEST HIGHWAY 146
PEWEE VALLEY, KY 40056
Tel.:(502) 243-9797
Email: cpetitt@vplegalgroup.com
tfortune@vplegalgroup.com
*Attorneys for Defendant Aaron Drewicz*

/s/ James E. Stoltz (with permission)
JAMES E. STOLTZ
ATTORNEY AT LAW
519 MAIN STREET
EVANSVILLE, INDIANA 47708
Tel.: 812-423-5251
Email: jim@gerlinglaw.com
*Attorneys for Plaintiffs*